# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PAMOGAS OLIVER CALIX,

        Petitioner,

   v.

B. THOMPSON,

        Respondent.

Case No. 2:21-cv-00570-GMN-NJK

**ORDER**

This is a habeas corpus matter under 28 U.S.C. § 2241. Petitioner is a prisoner in the custody of the Bureau of Prisons. He seeks release from prison under the First Step Act. 18 U.S.C. § 3582(c). The court dismisses the petition.

Petitioner has filed his request in an incorrect action. He needs to seek release under the First Step Act in his criminal action, United States v. Pamogas, Case No. 2:18-cr-00284-JCM-VCF. 18 U.S.C. § 3582(c).

Petitioner also alleges that he deserves good-time credits. To the extent that he is challenging the computation of his sentence independent of the First Step Act, he has filed his petition in the incorrect court. Petitioner is in prison in Texas. He would need to file his petition in the United States District Court for the district where he is in custody. 28 U.S.C. §§ 2241, 2243.

Reasonable jurists would not find the court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice. The clerk of the court is directed to enter judgment accordingly and to close this action.

IT FURTHER IS ORDERED that a certificate of appealability will not issue.

DATED: May 13, 2021

_____
GLORIA M. NAVARRO
United States District Judge